# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Beaulieu Group, LLC, *et al*.,[1] | : | Case No. 17-41677-bem |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Related to D.I. 1264 |
| PMCM 2, LLC, LIQUIDATING TRUSTEE FOR THE ESTATES OF BEAULIEU GROUP, LLC, *et al*., | : | |
| | : | |
| Plaintiff, | : | Adversary No. 19-04055-bem |
| | : | |
| v. | : | Related to D.I. 1 |
| | : | |
| TRIBUTE ENERGY, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL OF COMPLAINT IN MAIN CASE DOCKET NO. 1264 AND ADVERSARY PROCEEDING NO. 19-04055 DOCKET NO. 1

Michael G. Menkowitz of Fox Rothschild LLP, attorneys for PMCM 2, LLC, Liquidating Trustee for the Estates of Beaulieu Group, LLC, *et al*., hereby files this *Notice of Dismissal* of the *Complaint of PMCM 2, LLC, Liquidating Trustee for Beaulieu Group, LLC, et al., to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 550 and for Other Related Relief* [Main Case Docket No. 1264; Filed on July 3, 2019] and [Adversary Proceeding No. 19-04055; Docket No. 1; Filed on July 3, 2019], with prejudice.

**FOX ROTHSCHILD LLP**

By: */s/ Michael G. Menkowitz*
Michael G. Menkowitz
Pennsylvania Bar No. 060412
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com

Dated: April 7, 2020

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Beaulieu Group, LLC (2636) and Beaulieu Trucking, LLC (0383).

Active\109297622.v1